IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAR 28 2022
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

UNITED STATES OF AMERICA :
:
v. : 1:22CR90-1
:
DEVAUN DONTRE HOWARD :

The Grand Jury charges:

On or about December 17, 2021, in the County of Cabarrus, in the Middle District of North Carolina, DEVAUN DONTRE HOWARD knowingly did possess in and affecting commerce a firearm, that is, a Smith & Wesson .38 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: March 28, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: CRAIG M. PRINCIPE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON